No. 69766.—National Silver Company and Burn Strauss, Incorporated v. United States, protests 63/23107 and 63/23127 (Los Angeles).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of unfilled glass spice bottles similar in all material respects to those the subject of Abstracts 68042 and 68422, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JANUARY 31, 1966

No. 69767.—Borneo Sumatra Trading Co., Inc., et al. v. United States, protests 59/24217, etc. (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of rubber bulb horns similar in all material respects to those the subject of Abstract 69382, the claim of the plaintiffs was sustained.